NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1174, -1193

SENSORMATIC ELECTRONICS CORPORATION,

Plaintiff-Appellee,

v.

PHILIP VON KAHLE (Assignee for the benefit of the creditors of
The Tag Company US, LLC),

Defendant-Appellant,

and

PHENIX LABEL COMPANY,

Defendant-Appellant,

and

DENNIS GADONNEIX,

Defendant.

Appeals from the United States District Court for the Southern District of Florida
in case no. 06-CV-81105, Judge Daniel T.K. Hurley.

ON MOTION

ORDER

Upon consideration of the unopposed motion of Philip von Kahle to be substituted as the appellant in this case,

IT IS ORDERED THAT:

(1)     The motion is granted. The revised official caption is reflected above.

(2)  If counsel has not done so, counsel should promptly enter an appearance
on behalf of Kahle.

FOR THE COURT

APR  3 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 03 2009

JAN HORBALY
CLERK

cc:  Mark L. Levine, Esq.
Enrico A. Mazzoli, Esq.
J. Rodman Steele, Jr., Esq.
Robert F. Reynolds, Esq.

s8

2009-1174, -1193                    - 2 -